IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARK T. MORRIS**     **PLAINTIFF**

V.     **CASE NO. 5:14-CV-5095**

**SHERIFF KELLY CRADDUCK;**
**CBM MANAGED SERVICES; and**
**CAROLINE ELLIS, Kitchen Manager**     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 18) filed in this case on November 21, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. The Motion to Dismiss Separate Defendant Kelly Cradduck (Doc. 10) is **GRANTED**.

IT IS SO ORDERED on this 19th day of December, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE