IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK T. MORRIS                                                                          PLAINTIFF

V.                           CASE NO.: 5:14-CV-5095

CAROLINE ELLIS, Kitchen Manager,
and CBM MANAGED SERVICES                                                     DEFENDANTS

## ORDER

Comes on for consideration the Amended Report and Recommendation (Doc. 40) filed in this case on September 3, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Amended Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Amended Report and Recommendation, Defendants' Motion to Dismiss (Doc. 37) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 9th day of October, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE